# ROBINSON, WETTRE & MILLER LLC

ATTORNEYS AT LAW
ONE NEWARK CENTER, 19TH FLOOR
NEWARK, NEW JERSEY 07102

(973) 690-5400
FAX (973) 466-2760
www.rwmlegal.com

January 9, 2014

**VIA CM/ECF**
Hon. Kevin McNulty, U.S.D.J.
United States District Court
Frank R. Lautenberg U.S. P.O & Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    *Paul Ho v. Goldman, Sachs & Co. Group Long Term Disability Plan et al.*
             Docket No.: 2:13-cv-06104 (KM)(MAH)

Dear Judge McNulty:

    This Firm, along with Kramer Levin Naftalis & Frankel LLP, represents defendant Goldman, Sachs & Co. Group Long Term Disability Plan (the "LTD Plan") in the above action. Enclosed for Your Honor's consideration is a proposed Stipulation and Order, which has been signed by all parties, dismissing plaintiff's claims against the LTD Plan without prejudice.

    We thank Your Honor for his kind consideration.

                                      Respectfully,

                                      Leda Dunn Wettre

Encl.
cc: All Counsel of Record (w/encl.) (by CM/ECF)